# Court of Appeals
## Tenth Appellate District of Texas

=====================

### 10-25-00444-CV

=====================

In re Sarah Elizabeth Chenette

=====================

### Original Proceeding

=====================

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on November 25, 2025, is denied.

_____

LEE HARRIS
Chief Justice

OPINION DELIVERED and FILED: December 2, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

